**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

DAMARQUS MOORE,

*Defendant*.

Criminal Case No. 25-115 (SLS)

Judge Sparkle L. Sooknanan

**ORDER**

It is hereby ordered that the Government's Motion to Dismiss the Indictment against the

Defendant without prejudice, ECF No. 38, is **GRANTED**.

**SO ORDERED** this 10th day of August, 2026.

_____

SPARKLE L. SOOKNANAN
United States District Judge

Date:   August 10, 2026